# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 30, 2020

### ON RECONSIDERATION EN BANC

### NO. 03-19-00294-CV

**The City of Austin, Texas, Appellant**

**v.**

**Sayeed Anam, Individually and as Independent Administrator of The Estate of Zachary Anam and Cara Anam, Individually, Appellee**

---

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN, BAKER, TRIANA,
KELLY AND SMITH
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE
DISSENTING OPINION BY JUSTICE TRIANA, JOINED BY JUSTICE SMITH;
DISSENTING OPINION BY JUSTICE SMITH**

---

This is an appeal from the probate court's order denying the City of Austin's plea to the jurisdiction signed on April 12, 2019. Appellant has filed a motion for rehearing, and having reviewed the motion, the record, and the parties' arguments, we grant the motion for reconsideration en banc. The Court therefore withdraws its opinion and judgment from July 30, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the probate court's order. Therefore, the Court reverses the probate court's order denying the City's plea to the jurisdiction and renders judgment dismissing the Anams'

claims against the City.  Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.